**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Shivsaywack P. Singh,<br><br>Plaintiff,<br><br>v.<br><br>Minneapolis Hilton & Towers.<br><br>Defendant. | File No. 00-CV-2508 PAM/JGL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

**STIPULATION**

The parties to this action, by and through the undersigned counsel, have reached an agreement that is satisfactory to both parties, and, therefore, stipulate to the dismissal with prejudice of all claims in this action. This stipulation is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and attorneys' fees.

Dated: June 29 2001

James P. Young (# 17077x)
1012 Grain Exchange Bldg.
400 South Fourth St.
Minneapolis, MN 55415
(612) 332-0351

Attorney for plaintiff Shivsaywack P. Singh

FILED JUL 05 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ________
DEPUTY CLERK'S INITIALS ________

FAEGRE & BENSON LLP

Dated: June 28, 2001

Adam J. Kirsch

Adam J. Kirsch (#298815)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
(612) 766-7000

Attorney for Defendant Minneapolis Hilton and Towers

**ORDER**

Based on the foregoing Stipulation,

IT IS SO ORDERED.

Dated: July 5, 2001

Paul A. Magnuson
United States District Judge

M1:767454.01